On motion to reverse and remand filed October 8,* motion construed as a petition for review; petition for review allowed; decision of Court of Appeals vacated and case remanded to Court of Appeals for further consideration December 13, 2001

See 179 Or App 740, 41 P3d 454 (2002)

STATE OF OREGON,
*Respondent on Review,*

*v.*

JEFFREY J. JAEHNIG,
*Petitioner on Review.*

(CC 97NB0467; CA A99180; SC S48941)

37 P3d 980

Robin A. Jones, Senior Deputy Public Defender, Salem, filed the motion for petitioner on review.

Timothy A. Sylwester, Assistant Attorney General, Salem, filed the response for respondent on review.

MEMORANDUM OPINION

The motion to reverse and remand is construed as a petition for review. The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Fugate*, 332 Or 195, 26 P3d 802 (2001).

---

* Appeal from Coos County District Court, Paula M. Bechtold, Judge. 158 Or App 348, 978 P2d 1011 (1999).